PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
JUL 18 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF TEXAS
**AUSTIN** DIVISION

Alex JaRaun Howard as Next Friend for Alex Ricardo Saldaña #01582353 on his own behalf and on behalf of all other similarly situated TDCJ offenders.
Plaintiff's Name and ID Number

TDCJ - Telford Unit
Place of Confinement

**A19CV0738 LY**

CASE NO. _____
(Clerk will assign the number)

v.

(1) Mr. Bryan Collier, In his Official Capacity ONLY
209 W. 14th Street, 5th floor Austin, TX 78701
Defendant's Name and Address

(2) Mr. Oscar Mendoza, In his Official Capacity ONLY
209 W. 14th Street, 5th floor Austin, TX 78701
Defendant's Name and Address

(3) Texas Department of Criminal Justice (TDCJ)
209 W. 14th Street, 5th floor Austin, TX 78701
Defendant's Name and Address
(DO NOT USE "ET AL.")

Jury Trial Demanded
FRCVP-38 (a)(b)

### INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

Defendants To The Lawsuit Continued:

4.) Ms. Lorie Davis, In her Official Capacity ONLY
P.O. Box 99  Huntsville, Texas  77342-0099

5.) Ms. Debra Gibbs, In her Official Capacity ONLY
P.O. Box 99  Huntsville, Texas  77342-0099

6.) Ms. Joni White, In her Official Capacity ONLY
P.O. Box 99  Huntsville, Texas  77342-0099

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: **Not Applicable**
        2. Parties to previous lawsuit:
           Plaintiff(s) **Not Applicable**
           Defendant(s) **Not Applicable**
        3. Court: (If federal, name the district; if state, name the county.) **Not Applicable**
        4. Cause number: **Not Applicable**
        5. Name of judge to whom case was assigned: **Not Applicable**
        6. Disposition: (Was the case dismissed, appealed, still pending?) **Not Applicable**
        7. Approximate date of disposition: **Not Applicable**

II. PLACE OF PRESENT CONFINEMENT: TDCJ- Telford Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
See Pl. Exh. #001 - 004(a), attached to this instrument.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Alex Jaraun Howard as Next Friend for Alex Ricardo Saldaña #01582353 on his own behalf and on the behalf of all other TDCJ offenders Similarly Situated; 3899 State Hwy. 98 New Boston, TX 75570-5669

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Mr. Bryan Collier, Executive Director of TDCJ; 209 West 14th Street, 5th floor Austin, Texas 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
• After I personally notified Collier via U.S. Mail he continues failing to protect me from future risks of being attacked by prison gang members (See Grv. Steps 1 and 2 - No. 2019102679 and 2019069442)

Defendant #2: Mr. Oscar Mendoza, Deputy Executive Director of TDCJ; 209 West 14th Street, 5th floor Austin, Texas 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
• After I personally notified Mendoza via U.S. Mail he continues failing to protect me from future risks of being attacked by prison gang members. (See Steps 1 and 2 Grv. Nos 2019069442; 2019102679

Defendant #3: Texas Department of Criminal Justice (TDCJ); 209 West 14th Street, 5th floor Austin, Texas 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
• After I personally filed Steps 1 and 2 Grievances (#2019069442; #2019102679) TDCJ Staff Chose to continue refusing to protect me from future risks of being attacked by prison gang members.

Defendant #4: Ms. Lorie Davis, Divisional Director of TDCJ- Correctional Institutions Divisions; P.O. Box 99 Huntsville, Texas 77342-0099

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
• After I personally notified Davis via U.S. Mail she continues failing to protect me from future risks of being attacked by prison gang members. (see Steps 1 and 2 Grvs. #2019069442; #2019102679).

Defendant #5: Ms. Debra Gibbs, Assistant Director of TDCJ- State Classification and Records Office/State Classification Committee; P.O. Box 99 Huntsville, Texas 77342-0099

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
• After I personally notified Gibbs via U.S. Mail she continues failing to protect me from future risks of being attacked by prison gang members. (see Steps 1 and 2 Grvs. #2019069442; #2019102679).

Rev. 05/15

## IV. Parties To This Suit - Continued

Defendant #6: Ms. Joni White, Assistant Director of TDCJ-State Classification and Records Office/State Classification Committee; P.O. Box 99 Huntsville, Texas 77342-0099

- After I personally notified White via U.S.P.S. she continues failing to protect me from future risks of being attacked by prison gang members. (See Steps 1 and 2 Grievance Nos.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On several previous occassions I was badly beaten by groups of TANGO BLAST prison gang members at multiple TDCJ units and a group of CRIPS prison gang members attacked me also, all of which is explicitly detailed in the enclosed subsequent document titled "Declaration of Alex Ricardo Saldaña In Support Of Emergency Injunction." At one point Sgt. Chris Divins at Michael Unit deliberately told some TANGO BLAST members that I was a Confidential Informant and cooperating with TDCJ-Security Threat Group/Gang Intelligence staff. Following multiple assaults by groups of gang members (ARS) now TDCJ State Classification personnel refuse to assign and house me in Protective Safekeeping status (PSK/P7) where the risk to my safety would be abated and I would not be forced to intermingle with or around numerous TANGO BLAST gang members, I currently do not go to the dining hall or chapel for fear of my safety.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

a.) Emergency Injunction; b.) Permanent Declatory Judgment; and c.) Reimbursement of Court costs and future attorneys fees.

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

None.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ #01582353.

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Not Applicable
2. Case number: Not Applicable
3. Approximate date sanctions were imposed: Not Applicable
4. Have the sanctions been lifted or otherwise satisfied? N/A YES N/A NO

C.  Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __Not Applicable__
2. Case number: __Not Applicable__
3. Approximate date warning was issued: __Not Applicable__

Executed on: __July 12, 2019__
        DATE

__Alex Ricardo Saldaña #01582353__
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __12__ day of __July__, 20 __19__.
        (Day)           (month)        (year)

__Alex Ricardo Saldaña #01582353__
_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15